IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:16-CR-112-D-1

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | **REASSIGNMENT ORDER** |
| RICARDO ANTHONY SHAKELLWOOD, | ) ) ) ) ) | |
| Defendant. | ) | |

At the direction of the court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Terrence W. Boyle, United States District Judge, for all further proceedings. Chief United States District Judge James C. Dever III is no longer assigned to the case. **All future documents shall reflect the revised case number of 7:16-CR-112-BO.**

SO ORDERED. This the 26th day of October, 2016.

_____
Julie Richards Johnston
Clerk of Court